SEALED

FILED
JUL 2 3 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. MO08CR151 |
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | [Vio: 18 U.S.C. § 2422(b) - |
| V. | ) | Coercion and Enticement |
| | ) | & 18 U.S.C. § 1470 - |
| MICHAEL TIMOTHY LONG, | ) | Transfer of Obscene |
| | ) | Material to Minors] |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 2422(b)]

That on or about May 1, 2007, and continuing until on or about July 10, 2008, in the Western District of Texas, the Defendant,

**MICHAEL TIMOTHY LONG,**

did use any facility of interstate and foreign commerce, to wit: the internet and telephone lines, to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engaged in conduct for which defendant could be prosecuted under Texas Penal Code Section 21.11 - Indecency With a Child, in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
### [18 U.S.C. § 1470]

That on or about July 10, 2008, in the Western District of Texas, the Defendant,

**MICHAEL TIMOTHY LONG,**

did, by means of interstate commerce, to wit: the internet, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

*Original signed by the foreperson of the Grand Jury*

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
KERRY ANN FLECK
Assistant U.S. Attorney

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO08CR151

| | |
|---|---|
| SEALED: XX | UNSEALED: |
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA — JUDGE: JUNELL |
| DATE: July 23, 2008 | MAG CT #: N/A — FBI #: |
| CASE NO: MO-08-CR- | ASSISTANT U.S. ATTORNEY: KERRY ANN FLECK |
| DEFENDANT: MICHAEL TIMOTHY LONG | DOB: XXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXX | |
| CITIZENSHIP: USC    INTERPRETER NEEDED No  LANGUAGE: | |
| DEFENSE ATTORNEY: | EMPLOYED / APPOINTED |
| DEFENDANT IS: | |
| DATE OF ARREST: N/A | BENCH WARRANT: XXX |
| PROBATION OFFICER: | |
| NAME AND ADDRESS OF SURETY: | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | |
| PROSECUTION BY: Indictment | |
| OFFENSE (Code and Description): Ct. 1 - Coercion and enticement, & Ct. 2 - 18 USC 1470 - Transfer of obscene material to minors. | |
| OFFENSE IS: FELONY | |
| MAXIMUM SENTENCE: Ct. 1 - A term of imprisonment of 10 years, not to exceed life; a term of supervised release not to exceed 5 years; a fine not to exceed $250,000; and a $100 mandatory special assessment. Ct. 2 - A term of imprisonment not to exceed 10 years; a term of supervised release not to exceed 3 years; a fine not to exceed $250,000; and a $100 mandatory special assessment. | |
| PENALTY IS MANDATORY: As stated above. | |
| REMARKS: AGENT:<br>Dina E. Morales, S/A<br>Federal Bureau of Investigation<br>1004 N. Big Spring, Ste. 600<br>Midland, Texas  79701 | |