FILED

SEP 2 4 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. MO-08-CR-151 |
| ) | |
| MICHAEL TIMOTHY LONG ) | |

## FACTUAL BASIS

If this case had gone to trial, the Government would have proven the following beyond a reasonable doubt:

On or about July 10, 2008, in the Western District of Texas, the Defendant, MICHAEL TIMOTHY LONG, knowingly sent, via the internet, obscene matter, to wit: a picture of an adult erect penis, to a girl he knew had not yet attained the age of 16 years. The defendant knew this girl, as she was his child's babysitter, and was aware that she was only 14 years old at the time of this offense.

_____
MICHAEL TIMOTHY LONG
Defendant

_____
MICHAEL MCLEAISH
Attorney for Defendant

JOHNNY SUTTON
UNITED STATES ATTORNEY

Date: 9-24-08                By: _____
                             FOR KERRY ANN FLECK
                             Assistant United States Attorney
                             400 West Illinois, Suite 1200
                             Midland, Texas 79701